```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 03 B 51195
   WANDA E RHINE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6588

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/22/2003 and was confirmed 02/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  NOTICE ONLY    NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT   210.00              .00         210.00
ADVOCATE HEALTH CARE      UNSECURED      NOT FILED            .00            .00
ARCHER DEPOT FEDERAL C U  UNSECURED       5566.70             .00         556.67
ASSET ACCEPTANCE CORP     UNSECURED        374.82             .00          37.48
AT & T BANKRUPCTY         UNSECURED      NOT FILED            .00            .00
CHRIST HOSPITAL           UNSECURED      NOT FILED            .00            .00
CREDIT PROTECTION ASSOC   UNSECURED      NOT FILED            .00            .00
EMPRESS CASINO HAMMOND C  UNSECURED       2238.18             .00         223.82
PREMIER BANCARD CHARTER   UNSECURED        186.50             .00          18.65
FORD MOTOR CREDIT         UNSECURED       6508.48             .00         650.85
RJM AQUISITIONS FUNDING   UNSECURED        847.72             .00          84.77
ECAST SETTLEMENT CORP     UNSECURED        275.90             .00          27.59
I C SYSTEMS INC           UNSECURED      NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY    NOT FILED            .00            .00
ORCHARD BANKCARD SERVICE  UNSECURED      NOT FILED            .00            .00
PROVIDENT BANK            NOTICE ONLY    NOT FILED            .00            .00
RJM ACQUISITIONS LLC      NOTICE ONLY    NOT FILED            .00            .00
TRINITY HOSPITAL          UNSECURED        547.85             .00          54.79
VANRU CREDIT              NOTICE ONLY    NOT FILED            .00            .00
WALINSKI & TRUNKETT       NOTICE ONLY    NOT FILED            .00            .00
WEXLER & WEXLER           UNSECURED      NOT FILED            .00            .00
WEXLER & WEXLER           UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED      29287.92             .00        2928.79
ISAC                      UNSECURED       1666.58             .00         166.66
CFC FINANCIAL CORPORATIO  UNSECURED        331.24             .00          33.12
ROBERT J ADAMS & ASSOC    DEBTOR ATTY    2,200.00                        2,200.00
TOM VAUGHN                TRUSTEE                                          431.57
DEBTOR REFUND             REFUND                                           560.24

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 03 B 51195 WANDA E RHINE
```

```
                              RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      8,185.00

PRIORITY                                                210.00
SECURED                                                    .00
UNSECURED                                             4,783.19
ADMINISTRATIVE                                        2,200.00
TRUSTEE COMPENSATION                                    431.57
DEBTOR REFUND                                           560.24
                            ---------------        ---------------
TOTALS                       8,185.00                8,185.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 07/17/08                  /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 03 B 51195 WANDA E RHINE